# Court of Appeals
# of the State of Georgia

ATLANTA,  May 20, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0363. CHRISHON DUNIGAN v. THE STATE.

Chrishon Dunigan was convicted of misdemeanor speeding in state court on March 3, 2025. On April 3, 2025, he filed a discretionary application to the Supreme Court, which transferred the case here. We, however, lack jurisdiction.

A criminal conviction may be directly appealed. See OCGA § 5-6-34 (a) (1). Ordinarily, we will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. OCGA § 5-6-35 (j). To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). Here, however, Dunigan filed his application 31 days after the trial court's order. The deadline for filing an application for discretionary review is jurisdictional, and this Court cannot accept an application not made in compliance with the relevant statute. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

Accordingly, this untimely application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/20/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*